Dennis F. Dunne (DD 7543)
Matthew S. Barr (MB 9170)
Andrew M. Leblanc (*pro hac vice*)
**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for each of Aristeia Capital,
L.L.C., Aurelius Capital Management,
L.P., Drawbridge Special Opportunities
Advisors LLC, Ore Hill Hub Fund Ltd.,
Nisswa Master Fund Ltd., Pines Edge Value
Investors Ltd., Pines Edge Value Investors
L.P., Silver Sands Fund LLC, Stark Master
Fund Ltd. and 3V Capital Management, LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
In re:                                                                :
                                                                      : Chapter 11
CALPINE CORPORATION, et al.,                                          : Case No. 05-60200 (BRL)
                                                                      :
                              Debtors.                                :
----------------------------------------------------------------------x

## NOTICE OF APPEAL

Aristeia Capital, L.L.C., Aurelius Capital Management, L.P., Drawbridge

Special Opportunities Advisors LLC, Ore Hill Hub Fund Ltd., Nisswa Master Fund Ltd.,

Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Silver Sands Fund

LLC, Stark Master Fund Ltd. and 3V Capital Management, LLC, by and through their

attorneys, Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, hereby appeal pursuant to Rules

8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. §

158(a) to the United States District Court for the Southern District of New York (the

"District Court") from the Order Granting Debtors' Limited Objection to Convertible

Noteholder Claim Nos. 2404, 2821, 2823, 6247, 6249, 6280, 6299, and 6300 of the United States Bankruptcy Court for the Southern District of New York, entered on August 10, 2007 (Docket No. 5595) (the "Order").

The names of all the parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**APPELLANTS:**

- **Aristeia Capital, L.L.C., Aurelius Capital Management, L.P., Drawbridge Special Opportunities Advisors LLC, Ore Hill Hub Fund Ltd., Nisswa Master Fund Ltd., Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd. and 3V Capital Management, LLC**

    MILBANK, TWEED, HADLEY & M$^{C}$CLOY LLP
    One Chase Manhattan Plaza
    New York, New York 10005
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219
    Dennis F. Dunne (DD 7543)
    Matthew S. Barr (MB 9170)
    Andrew M. Leblanc (*pro hac vice*)

**APPELLEES:**

- **Calpine Corporation and its affiliated debtors and debtors in possession**

    KIRKLAND & ELLIS
    Citigroup Center
    153 East 53rd Street
    New York, NY 10022-4611
    Telephone:    (212) 446-4800
    Facsimile:    (212) 446-4900
    Richard M. Cieri
    Marc Kieselstein
    David R. Seligman
    Edward O. Sassower
    Jeffrey S. Powell
    Stephen E. Hessler

- **Official Committee of Unsecured Creditors of Calpine Corporation, et al.**

    AKIN GUMP STRAUSS HAUER & FELD LLP
    590 Madison Avenue
    New York, New York 10022-2524
    Telephone:    (212) 872-1000
    Facsimile:    (212) 872-1002
    Michael S. Stramer
    Lisa G. Beckerman
    Philip C. Dublin
    Shaya Rochester

- **Official Committee of Equity Security Holders**

    FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
    One New York Plaza
    New York, New York 10004
    Telephone:    (212) 859-8000
    Facsimile:    (212) 859-4000
    Brad Eric Scheler
    Gary Kaplan
    Michael de Leeuw
    Adrian Feldman

**ADDITIONAL PARTIES PERTINENT TO APPEAL:**

- **HSBC Bank USA, N.A., as Indenture Trustee**

    KELLEY DRYE & WARREN LLP
    101 Park Avenue
    New York, New York 10178
    Telephone:    (212) 808-7800
    Facsimile:    (212) 808-7897
    Sarah L. Reid
    David E. Retter
    Damon W. Suden
    Jennifer A. Christian

- **Manufacturers & Traders Trust Company, as Indenture Trustee**

    YOUNG CONWAY STARGATT & TAYLOR, LLP
    The Brandywine Building
    1000 West Street
    17th Floor
    Wilmington, DE 19801

    Telephone:   (302) 571-6724
    Facsimile:   (302) 576-3456
    Ian S. Fredericks

- **Banc of America Securities LLC, Dillon Read U.S. Finance L.P., Dillon Read Financial Products Trading LTD., Brencourt Credit Opportunities Master, LTD., Brencourt Multi-Strategy Enhanced Dedicated Fund, LP, Linder Capital, L.P., Ore Hill HUD Fund LTD.**

    STROOCK & STROOCK & LAVAN LLP
    180 Maiden Lane
    New York, New York 10038
    Telephone:   (212) 806-5400
    Facsimile:   (212) 806-6006
    Kristopher M. Hansen
    Brett Lawrence
    Erez Gilad

Dated: August 14, 2007

                Respectfully submitted,

                MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP

        By:   /s/   Matthew S. Barr
                Dennis F. Dunne (DD 7543)
                Matthew S. Barr (MB 9170)
                Andrew M. Leblanc (*pro hac vice*)
                1 Chase Manhattan Plaza
                New York, NY 10005-1413
                Telephone: (212) 530-5000
                Facsimile: (212) 530-5219

                Attorneys for Appellants Aristeia Capital, L.L.C., Aurelius Capital Management, L.P., Drawbridge Special Opportunities Advisors LLC, Ore Hill Hub Fund Ltd., Nisswa Master Fund Ltd., Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd. and 3V Capital Management, LLC