**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
CALPINE CORPORATION, et al.,                     :   Case No. 05-60200 (BRL)
                                                :
                        Debtors.                 :
-----------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                        :
AURELIUS CAPITAL MANAGEMENT, LP,                 :
DRAWBRIDGE SPECIAL OPPORTUNITIES                 :
ADVISORS LLC, ORE HILL HUB FUND LTD.,            :
NISSWA MASTER FUND LTD., PINES EDGE              :
VALUE INVESTORS LTD., PINES EDGE                 :
VALUE INVESTORS L.P., SILVER SANDS               :   Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.                 :
AND 3V CAPITAL MANAGEMENT, LLC,                  :
                                                :
                        Appellants,              :
                                                :
                -against-                        :
                                                :
CALPINE CORPORATION AND ITS                      :
AFFILIATED DEBTORS AND DEBTORS                   :
IN POSSESSION, OFFICIAL COMMITTEE                :
OF UNSECURED CREDITORS OF                        :
CALPINE CORPORATION, OFFICIAL                    :
COMMITTEE OF EQUITY SECURITY                     :
HOLDERS,                                         :
                                                :
                        Appellees.               :
-----------------------------------------------------------------x
```

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Court for the Southern District of New York, I, Dennis Dunne, a member of good

standing of the bar of this Court, hereby move for an Order allowing the admission pro

hac vice of:

| | |
|---|---|
| Applicant's Name: | Eric D. Winston |
| Firm Name: | Stutman, Treister & Glatt Professional Corporation |
| Address: | 1901 Avenue of the Stars, 12th Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone Number: | 310-228-5600 |
| Facsimile Number: | 310-228-5788 |
| Email Address: | ewinston@stutman.com |

is a member of good standing of the Bar of the State of California, the United States

District Courts for the Central, Eastern, Northern and Southern Districts of California,

and the United States Courts of Appeal for the Third, Ninth and Tenth Circuits. There

are no pending disciplinary proceedings against Eric D. Winston in any State or Federal

Court.

| | |
|---|---|
| Dated: | September 10, 2007 |
| City, State: | New York, New York |

Respectfully submitted,

MILBANK, TWEED, HADLEY & MᶜCLOY LLP

By:_____
Dennis Dunne (DD 7543)
One Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for each of Aristeia Capital, L.L.C.,
Aurelius Capital Management, LP, Drawbridge
Special Opportunities Advisors LLC, Ore Hill
Hub Fund Ltd., Nisswa Master Fund Ltd., Pines
Edge Value Investors Ltd., Pines Edge Value
Investors L.P., Silver Sands Fund LLC, Stark
Master Fund Ltd. and 3V Capital Management,
LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                                        :
                                                              :  Chapter 11
CALPINE CORPORATION, et al.,                                  :  Case No. 05-60200 (BRL)
                                                              :
                        Debtors.                              :
------------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                                     :
AURELIUS CAPITAL MANAGEMENT, LP,                              :
DRAWBRIDGE SPECIAL OPPORTUNITIES                              :
ADVISORS LLC, ORE HILL HUB FUND LTD.,                         :
NISSWA MASTER FUND LTD., PINES EDGE                           :
VALUE INVESTORS LTD., PINES EDGE                              :
VALUE INVESTORS L.P., SILVER SANDS                            :  Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.                              :
AND 3V CAPITAL MANAGEMENT, LLC,                               :
                                                              :
                        Appellants,                           :
                                                              :
              -against-                                       :
                                                              :
CALPINE CORPORATION AND ITS                                   :
AFFILIATED DEBTORS AND DEBTORS                                :
IN POSSESSION, OFFICIAL COMMITTEE                             :
OF UNSECURED CREDITORS OF                                     :
CALPINE CORPORATION, OFFICIAL                                 :
COMMITTEE OF EQUITY SECURITY                                  :
HOLDERS,                                                      :
                                                              :
                        Appellees.                            :
------------------------------------------------------------------x

## DECLARATION OF DENNIS DUNNE IN
## SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Dennis Dunne hereby declares:

1.      I am a partner at the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP,

counsel for Aristeia Capital, L.L.C., Aurelius Capital Management, LP, Drawbridge

Special Opportunities Advisors LLC, Ore Hill Hub Fund Ltd., Nisswa Master Fund Ltd.,

Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd. and 3V Capital Management, LLC (the "Appellants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Appellants' motion to admit Eric D. Winston ("Mr. Winston") as counsel pro hac vice to represent Appellants in this matter.

2.      I am a member of good standing of the bar of the State of New York, and was admitted to practice law in 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I am familiar with Mr. Winston as well as the law firm of Stutman, Treister & Glatt Professional Corporation ("Stutman, Treister & Glatt") in Los Angeles, California.

4.      Mr. Winston is a shareholder at Stutman, Treister & Glatt.

5.      I have found Mr. Winston to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.      Mr. Winston is a member in good standing of the Bar of the State of California, the United States District Courts for the Central, Eastern, Northern and Southern Districts of California, and the United States Courts of Appeal for the Third, Ninth and Tenth Circuits. A Certificate of Good Standing for Mr. Winston from the United States District Court for the Central District of California is attached hereto as Exhibit A.

7.    Accordingly, I am pleased to move for the admission of Mr. Winston, <u>pro hac vice</u>.

8.    I respectfully submit a proposed form of order granting the admission of Mr. Winston, <u>pro hac vice</u>, which is attached hereto as Exhibit B.

9.    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**WHEREFORE** it is respectfully requested that the motion to admit Eric D. Winston, <u>pro hac vice</u>, to represent Appellants in the above-captioned matter, be granted.

Executed on September 7, 2007
New York, New York

Dennis Dunne
S.D.N.Y. Bar Code:  DD 7543

PROOF OF SERVICE

I hereby certify that on September 10, 2007, I caused a copy of this Motion to Admit Counsel Pro Hac Vice to be served on the following parties via electronic mail:

Michael S. Stamer, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
Email:  mstamer@akingump.com

Catherine Peshkin, Esq.
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022
Email:  cpeshkin@kirkland.com

Gary Kaplan, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Email:  gary.kaplan@friedfrank.com

Isaac M. Pachulski
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Email:  IPachulski@Stutman.com

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE  19801
Attn:  Ian S. Fredericks
Email:  ifredericks@ycst.com

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
Attn:   David Retter
        Damon Suden
        Jennifer A. Christian
Email:  dretter@kelleydrye.com
        dsuden@kelleydrye.com

jchristian@kelleydrye.com

Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY  10038
Attn:   Kris Hansen
        Erez Gilad
        Patrick Diamond
Email:  khansen@stroock.com
        egilad@stroock.com
        pdiamond@stroock.com


Catherine J. Yu

**Exhibit A**

# United States District Court

## Central District of California

### CERTIFICATE OF
### GOOD STANDING

I,   SHERRI R. CARTER,   Clerk  of  this  Court,   certify  that

Eric D. Winston, Bar No. 202407,

was duly admitted to practice in this Court on December 1, 1999
DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on     August 28, 2007
DATE

SHERRI R. CARTER, CLERK

1152

By     _____
Norys Mena / Deputy Clerk

**Exhibit B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re:                                     :
                                           :  Chapter 11
CALPINE CORPORATION, et al.,               :  Case No. 05-60200 (BRL)
                                           :
              Debtors.                     :
-----------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                  :
AURELIUS CAPITAL MANAGEMENT, LP,           :
DRAWBRIDGE SPECIAL OPPORTUNITIES           :
ADVISORS LLC, ORE HILL HUB FUND LTD.,      :
NISSWA MASTER FUND LTD., PINES EDGE        :
VALUE INVESTORS LTD., PINES EDGE           :
VALUE INVESTORS L.P., SILVER SANDS         :  Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.           :
AND 3V CAPITAL MANAGEMENT, LLC,            :
                                           :
              Appellants,                  :
                                           :
         -against-                         :
                                           :
CALPINE CORPORATION AND ITS                :
AFFILIATED DEBTORS AND DEBTORS             :
IN POSSESSION, OFFICIAL COMMITTEE          :
OF UNSECURED CREDITORS OF                  :
CALPINE CORPORATION, OFFICIAL              :
COMMITTEE OF EQUITY SECURITY               :
HOLDERS,                                   :
                                           :
              Appellees.                   :
-----------------------------------------------------------------x
```

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Dennis Dunne, attorney for Aristeia Capital, L.L.C., Aurelius

Capital Management, LP, Drawbridge Special Opportunities Advisors LLC, Ore Hill

Hub Fund Ltd., Nisswa Master Fund Ltd., Pines Edge Value Investors Ltd., Pines Edge

Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd. and 3V Capital

Management, LLC and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Eric D. Winston |
| Firm Name: | Stutman, Treister & Glatt Professional Corporation |
| Address: | 1901 Avenue of the Stars, 12th Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone/Facsimile: | 310-228-5600/310-228-5788 |
| Email Address: | ewinston@stutman.com |

is admitted to practice pro hac vice as counsel for Aristeia Capital, L.L.C., Aurelius

Capital Management, LP, Drawbridge Special Opportunities Advisors LLC, Ore Hill

Hub Fund Ltd., Nisswa Master Fund Ltd., Pines Edge Value Investors Ltd., Pines Edge

Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd. and 3V Capital

Management, LLC in the above-captioned case in the United States District Court for the

Southern District of New York.  All attorneys appearing before this Court are subject to

the Local Rules of this Court, including the Rules governing discipline of attorneys.  If

this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately register for an ECF password at nysd.uscourts.gov.  Counsel shall

immediately forward the pro hac vice fee to the Clerk of the Court.


Dated: September ____, 2007
        New York, New York


_____
United States District Court Judge John G. Koeltl