UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
CALPINE CORPORATION, et al.,                    :  Case No. 05-60200 (BRL)
                                                :
                   Debtors.                     :
------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                       :
AURELIUS CAPITAL MANAGEMENT, LP,                :
DRAWBRIDGE SPECIAL OPPORTUNITIES                :
ADVISORS LLC, ORE HILL HUB FUND LTD.,           :
NISSWA MASTER FUND LTD., PINES EDGE             :
VALUE INVESTORS LTD., PINES EDGE                :
VALUE INVESTORS L.P., SILVER SANDS              :  Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.                :
AND 3V CAPITAL MANAGEMENT, LLC,                 :
                                                :
                   Appellants,                  :
                                                :
          -against-                             :
                                                :
CALPINE CORPORATION AND ITS                     :
AFFILIATED DEBTORS AND DEBTORS                  :
IN POSSESSION, OFFICIAL COMMITTEE               :
OF UNSECURED CREDITORS OF                       :
CALPINE CORPORATION, OFFICIAL                   :
COMMITTEE OF EQUITY SECURITY                    :
HOLDERS,                                        :
                                                :
                   Appellees.                   :
------------------------------------------------------------x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Dennis Dunne, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name: Isaac M. Pachulski
    Firm Name: Stutman, Treister & Glatt Professional Corporation
    Address: 1901 Avenue of the Stars, 12th Floor
    City/State/Zip: Los Angeles, California 90067
    Telephone Number: 310-228-5600
    Facsimile Number: 310-228-5788
    Email Address: ipachulski@stutman.com

is a member of good standing of the Bar of the State of California, the United States District Courts for the Central, Eastern, Northern and Southern Districts of California, the United States Courts of Appeal for the First Third, Ninth and Eleventh Circuits, and the Supreme Court of the United States. There are no pending disciplinary proceedings against Isaac M. Pachulski in any State or Federal Court.

Dated: September 10, 2007
City, State: New York, New York

      Respectfully submitted,

      MILBANK, TWEED, HADLEY & M$^c$CLOY LLP

      By: _____
      Dennis Dunne (DD 7543)
      One Chase Manhattan Plaza
      New York, NY 10005-1413
      Telephone: (212) 530-5000
      Facsimile: (212) 530-5219

      Attorneys for each of Aristeia Capital, L.L.C., Aurelius Capital Management, LP, Drawbridge Special Opportunities Advisors LLC, Ore Hill Hub Fund Ltd., Nisswa Master Fund Ltd., Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd. and 3V Capital Management, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                            :
                                                  : Chapter 11
CALPINE CORPORATION, et al.,                      : Case No. 05-60200 (BRL)
                                                  :
                    Debtors.                      :
---------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                         :
AURELIUS CAPITAL MANAGEMENT, LP,                  :
DRAWBRIDGE SPECIAL OPPORTUNITIES                  :
ADVISORS LLC, ORE HILL HUB FUND LTD.,             :
NISSWA MASTER FUND LTD., PINES EDGE               :
VALUE INVESTORS LTD., PINES EDGE                  :
VALUE INVESTORS L.P., SILVER SANDS                : Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.                  :
AND 3V CAPITAL MANAGEMENT, LLC,                   :
                                                  :
                    Appellants,                   :
                                                  :
       -against-                                  :
                                                  :
CALPINE CORPORATION AND ITS                       :
AFFILIATED DEBTORS AND DEBTORS                    :
IN POSSESSION, OFFICIAL COMMITTEE                 :
OF UNSECURED CREDITORS OF                         :
CALPINE CORPORATION, OFFICIAL                     :
COMMITTEE OF EQUITY SECURITY                      :
HOLDERS,                                          :
                                                  :
                    Appellees.                    :
---------------------------------------------------------------x

**DECLARATION OF DENNIS DUNNE IN**
**SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Dennis Dunne hereby declares:

1.    I am a partner at the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, counsel for Aristeia Capital, L.L.C., Aurelius Capital Management, LP, Drawbridge Special Opportunities Advisors LLC, Ore Hill Hub Fund Ltd., Nisswa Master Fund Ltd.,

Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd. and 3V Capital Management, LLC (the "Appellants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Appellants' motion to admit Isaac M. Pachulski ("Mr. Pachulski") as counsel pro hac vice to represent Appellants in this matter.

2. I am a member of good standing of the bar of the State of New York, and was admitted to practice law in 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I am familiar with Mr. Pachulski as well as the law firm of Stutman, Treister & Glatt Professional Corporation ("Stutman, Treister & Glatt") in Los Angeles, California.

4. Mr. Pachulski is a Senior Shareholder at Stutman, Treister & Glatt.

5. I have found Mr. Pachulski to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Mr. Pachulski is a member in good standing of the Bar of the State of California, the United States District Courts for the Central, Eastern, Northern and Southern Districts of California, the United States Courts of Appeal for the First, Third, Ninth and Eleventh Circuits, and the Supreme Court of the United States. A Certificate of Good Standing for Mr. Pachulski from the United States District Court for the Central District of California is attached hereto as Exhibit A.

7. Accordingly, I am pleased to move for the admission of Mr. Pachulski, pro hac vice.

8. I respectfully submit a proposed form of order granting the admission of Mr. Pachulski, pro hac vice, which is attached hereto as Exhibit B.

9. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**WHEREFORE** it is respectfully requested that the motion to admit Isaac M. Pachulski, pro hac vice, to represent Appellants in the above-captioned matter, be granted.

Executed on September 7, 2007
New York, New York

_____
Dennis Dunne
S.D.N.Y. Bar Code:  DD 7543

PROOF OF SERVICE

      I hereby certify that on September 10, 2007, I caused a copy of this Motion to Admit Counsel Pro Hac Vice to be served on the following parties via electronic mail:

Michael S. Stamer, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
590 Madison Avenue  
New York, NY 10022  
Email: mstamer@akingump.com

Catherine Peshkin, Esq.  
Kirkland & Ellis  
Citigroup Center  
153 East 53rd Street  
New York, NY 10022  
Email: cpeshkin@kirkland.com

Gary Kaplan, Esq.  
Fried, Frank, Harris, Shriver & Jacobson LLP  
One New York Plaza  
New York, NY 10004  
Email: gary.kaplan@friedfrank.com

Isaac M. Pachulski  
Stutman, Treister & Glatt  
1901 Avenue of the Stars, 12th Floor  
Los Angeles, CA 90067  
Email: IPachulski@Stutman.com

Young Conaway Stargatt & Taylor, LLP  
The Brandywine Building  
1000 West Street  
17th Floor  
Wilmington, DE 19801  
Attn: Ian S. Fredericks  
Email: ifredericks@ycst.com

Kelley Drye & Warren LLP  
101 Park Avenue  
New York, NY 10178  
Attn:  David Retter  
       Damon Suden  
       Jennifer A. Christian  
Email: dretter@kelleydrye.com  
       dsuden@kelleydrye.com

jchristian@kelleydrye.com

Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY  10038
Attn:   Kris Hansen
        Erez Gilad
        Patrick Diamond
Email:  khansen@stroock.com
        egilad@stroock.com
        pdiamond@stroock.com

Catherine J. Yu

**Exhibit A**

Case 1:07-cv-07830-JGK    Document 8    Filed 09/10/2007    Page 8 of 12

**Exhibit A**

# United States District Court

Central District of California

**CERTIFICATE OF GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Isaac M. Pachulski, Bar No. 62337,

was duly admitted to practice in this Court on  December 20, 1974
                                                       DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on   August 28, 2007
         DATE

SHERRI R. CARTER, CLERK

By _____
   Norys Mena / Deputy Clerk

G-52 (2/99)(Rev. AO 136)   CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :
                                                               : Chapter 11
CALPINE CORPORATION, et al.,                                   : Case No. 05-60200 (BRL)
                                                               :
                    Debtors.                                   :
---------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                                      :
AURELIUS CAPITAL MANAGEMENT, LP,                               :
DRAWBRIDGE SPECIAL OPPORTUNITIES                               :
ADVISORS LLC, ORE HILL HUB FUND LTD.,                          :
NISSWA MASTER FUND LTD., PINES EDGE                            :
VALUE INVESTORS LTD., PINES EDGE                               :
VALUE INVESTORS L.P., SILVER SANDS                             : Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.                               :
AND 3V CAPITAL MANAGEMENT, LLC,                                :
                                                               :
                    Appellants,                                :
                                                               :
         -against-                                             :
                                                               :
CALPINE CORPORATION AND ITS                                    :
AFFILIATED DEBTORS AND DEBTORS                                 :
IN POSSESSION, OFFICIAL COMMITTEE                              :
OF UNSECURED CREDITORS OF                                      :
CALPINE CORPORATION, OFFICIAL                                  :
COMMITTEE OF EQUITY SECURITY                                   :
HOLDERS,                                                       :
                                                               :
                    Appellees.                                 :
---------------------------------------------------------------x

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Dennis Dunne, attorney for Aristeia Capital, L.L.C., Aurelius Capital Management, LP, Drawbridge Special Opportunities Advisors LLC, Ore Hill Hub Fund Ltd., Nisswa Master Fund Ltd., Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd. and 3V Capital Management, LLC and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Isaac M. Pachulski
    Firm Name:    Stutman, Treister & Glatt Professional Corporation
    Address:    1901 Avenue of the Stars, 12th Floor
    City/State/Zip:    Los Angeles, California 90067
    Telephone/Facsimile: 310-228-5600/310-228-5788
    Email Address:    ipachulski@stutman.com

is admitted to practice pro hac vice as counsel for Aristeia Capital, L.L.C., Aurelius Capital Management, LP, Drawbridge Special Opportunities Advisors LLC, Ore Hill Hub Fund Ltd., Nisswa Master Fund Ltd., Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd. and 3V Capital Management, LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of the Court.

Dated: September ____, 2007
       New York, New York

                                      _____
                                      United States District Court Judge John G. Koeltl