**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                                                     :
                                                                                                 : Chapter 11
CALPINE CORPORATION, et al.,                                       : Case No. 05-60200 (BRL)
                                                                                                 :
                          Debtors.                                                    :
---------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                                                :
AURELIUS CAPITAL MANAGEMENT, LP,           :
DRAWBRIDGE SPECIAL OPPORTUNITIES         :
ADVISORS LLC, ORE HILL HUB FUND LTD.,      :
NISSWA MASTER FUND LTD., PINES EDGE       :
VALUE INVESTORS LTD., PINES EDGE              :
VALUE INVESTORS L.P., SILVER SANDS           : Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.             :
AND 3V CAPITAL MANAGEMENT, LLC               :
                                                                                                 :
                          Appellants,                                                 :
                                                                                                 :
            -against-                                                                      :
                                                                                                 :
CALPINE CORPORATION AND ITS                               :
AFFILIATED DEBTORS AND DEBTORS                        :
IN POSSESSION, OFFICIAL COMMITTEE                 :
OF UNSECURED CREDITORS OF                                :
CALPINE CORPORATION, OFFICIAL                          :
COMMITTEE OF EQUITY SECURITY                          :
HOLDERS,                                                                             :
                                                                                                 :
                          Appellees.                                                  :
---------------------------------------------------------------x

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                                      :
                                                            :
                                                            : Chapter 11
CALPINE CORPORATION, et al.,                                : Case No. 05-60200 (BRL)
                                                            :
                         Debtors.                           :
------------------------------------------------------------x
BRENCOURT CREDIT OPPORTUNITIES                              :
MASTER, LTD., BRENCOURT MULTI-                              :
STRATEGY ENHANCED DEDICATED                                 :
FUND, LP, DILLON READ U.S. FINANCE                          :
L.P., DILLON READ FINANCIAL PRODUCTS                        :
TRADING LTD., LINDEN CAPITAL L.P.                           :
AND ORE HILL HUB FUND, LTD.                                 : Civil Case No. 07-07831 (JGK)
                                                            :
                         Appellants,                        :
                                                            :
            -against-                                       :
                                                            :
CALPINE CORPORATION AND ITS                                 :
AFFILIATED DEBTORS AND DEBTORS IN                           :
POSSESSION, OFFICIAL COMMITTEE OF                           :
UNSECURED CREDITORS OF CALPINE                              :
CORPORATION, OFFICIAL COMMITTEE                             :
OF EQUITY SECURITY HOLDERS,                                 :
                                                            :
                         Appellees.                         :
------------------------------------------------------------x

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ----------------------------------------------------------x | |
| In re: | : |
|  | : Chapter 11 |
| CALPINE CORPORATION, et al., | : Case No. 05-60200 (BRL) |
|  | : |
| Debtors. | : |
| ----------------------------------------------------------x | |
| HSBC BANK USA, N.A., AS INDENTURE TRUSTEE FOR THE 6% CONVERTIBLE NOTES DUE 2014 AND THE 4.75% CONTINGENT CONVERTIBLE NOTES DUE 2023 | : : : : Civil Case No. 07-07832 (JGK) : |
|  | : |
| Appellants, | : |
|  | : |
| -against- | : |
|  | : |
| CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, | : : : : : : : |
|  | : |
| Appellees. | : |
| ----------------------------------------------------------x | |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re:                                            :
                                                  :  Chapter 11
CALPINE CORPORATION, et al.,                      :  Case No. 05-60200 (BRL)
                                                  :
                        Debtors.                  :
------------------------------------------------------------x
MANUFACTURERS & TRADERS TRUST                     :
AS TRUSTEE FOR THE 7.75% CONVERTIBLE              :
NOTES DUE 2015                                    :  Civil Case No. 07-07867 (JGK)
                                                  :
                        Appellants,               :
                                                  :
             -against-                            :
                                                  :
CALPINE CORPORATION AND ITS                       :
AFFILIATED DEBTORS AND DEBTORS                    :
IN POSSESSION, OFFICIAL COMMITTEE                 :
OF UNSECURED CREDITORS OF                         :
CALPINE CORPORATION, OFFICIAL                     :
COMMITTEE OF EQUITY SECURITY                      :
HOLDERS,                                          :
                                                  :
                        Appellees.                :
------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 24, 2007, I sent a true and correct copy of the foregoing: **Brief of Debtors-Appellees,** to the following counsel of record by electronic mail.

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Michael Stamer, Esq.<br>Philip C. Dublin, Esq.<br>Abid Qureshi, Esq.<br>Lisa Beckerman, Esq.<br>Shaya Rochester, Esq.<br>590 Madison Avenue<br>New York, NY 10022-2524<br>mstamer@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>lbeckerman@akingump.com<br>srochester@akingump.com<br>Counsel for the Official Committee of Unsecured Creditors | KELLEY DRYE & WARREN LLP<br>Sarah L. Reid, Esq.<br>David E. Retter, Esq.<br>Damon W. Suden, Esq.<br>Jennifer A. Christian, Esq.<br>101 Park Avenue<br>New York, NY 10178<br>dretter@kelleydrye.com<br>sreid@kelleydrye.com<br>dsuden@kelleydrye.com<br>jchristian@kelleydrye.com<br>Counsel to HSBC Bank USA, N.A., as Indenture Trustee |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>Gary L. Kaplan, Esq.<br>Michael de Leeuw, Esq.<br>Adrian Feldman, Esq.<br>One New York Plaza<br>New York, NY 10004<br>gary.kaplan@friedfrank.com<br>michael.deleeuw@friedfrank.com<br>feldmad@friedfrank.com<br>Counsel for the Official Committee of Equity Security Holders | MILBANK TWEED HADLEY & MCCLOY LLP<br>Dennis F. Dunne, Esq.<br>Matthew S. Barr, Esq.<br>Andrew M. Leblanc<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>ddunne@milbank.com<br>mbarr@milbank.com<br>aleblanc@milbank.com<br>Counsel to Certain Holders of 6% Convertible Notes |
| STROOCK & STROOCK & LAVAN LLP<br>Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>180 Maiden Lane<br>New York, NY 10038<br>khansen@stroock.com | STUTMAN, TREISTER & GLATT, P.C.<br>Isaac M. Pachulski, Esq.<br>Eric D. Winston, Esq.<br>Whitman L. Holt, Esq.<br>ipachulski@stutman.com<br>ewinston@stutman.com |

K&E 12110917.1

| | |
|---|---|
| egilad@stroock.com<br>Counsel to Certain Holders of 7.75% Convertible Notes | wholt@stutman.com<br>1901 Avenue of the Stars, 19th Floor<br>Los Angeles, CA  90067<br>Counsel to Certain Holders of 6% Convertible Notes |
| YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Ian S. Fredericks, Esq.<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>ifredericks@ycst.com<br>Counsel to Manufacturers & Traders Trust Company, as Indenture Trustee | UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK<br>Paul Schwartzberg, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>paul.schwartzberg@usdoj.gov |

Dated: September 24, 2007
     New York, New York

       /s/ M. Catherine Peshkin
M. Catherine Peshkin (MP 5400)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900