Michael S. Stamer (MS-4900)
Lisa G. Beckerman (LB-9655)
Philip C. Dublin (PD-4919)
Abid Qureshi (AQ-4882)
Shaya Rochester (SR-5559)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Counsel to the Official Committee of Unsecured
Creditors of Calpine Corporation, et al.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| CALPINE CORPORATION, ET AL., | Case No. 05-60200 (BRL) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

| | |
|---|---|
| ARISTEIA CAPITAL, L.L.C., AURELIUS CAPITAL MANAGEMENT, L.P., DRAWBRIDGE SPECIAL OPPORTUNITIES ADVISORS LLC, ORE HILL HUB FUND LTD., NISSWA MASTER FUND LTD., PINES EDGE VALUE INVESTORS LTD., PINES EDGE VALUE INVESTORS L.P., SILVER SANDS FUND LLC, STARK MASTER FUND LTD. AND 3V CAPITAL MANAGEMENT, LLC, | |
| Appellants, | |
| | Civil Case No.07-7830 |
| vs. | |
| CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, | |
| Appellees. | |

---------------------------------------------------------------x

EAST 7855479

```
------------------------------------------------------------x
BRENCOURT CREDIT OPPORTUNITIES                    :
MASTER, LTD., BRENCOURT MULTI-                    :
STRATEGY ENHANCED DEDICATED                       :
FUND, LP, DILLON READ U.S. FINANCE                :
L.P., DILLON READ FINANCIAL PRODUCTS              :
TRADING LTD., LINDEN CAPITAL L.P.,                :
AND ORE HILL HUB FUND, LTD.,                      :
                                                  :
                          Appellants,             :
                                                  :      Civil Case No. 07-7831
vs.                                               :
                                                  :
CALPINE CORPORATION AND ITS                       :
AFFILIATED DEBTORS AND DEBTORS IN                 :
POSSESSION, OFFICIAL COMMITTEE OF                 :
UNSECURED CREDITORS OF CALPINE                    :
CORPORATION, OFFICIAL COMMITTEE                   :
OF EQUITY SECURITY HOLDERS,                       :
                                                  :
                          Appellees.              :
------------------------------------------------------------x
------------------------------------------------------------x
HSBC BANK USA, N.A., AS SUCCESSOR                 :
INDENTURE TRUSTEE FOR THE 6% AND                  :
4.75% CONTINGENT CONVERTIBLE                      :
NOTEHOLDERS,                                      :
                                                  :
                          Appellant,              :
                                                  :
vs.                                               :      Civil Case No. 07-7832
                                                  :
CALPINE CORPORATION AND ITS                       :
AFFILIATED DEBTORS AND DEBTORS                    :
IN POSSESSION, OFFICIAL COMMITTEE                 :
OF UNSECURED CREDITORS OF                         :
CALPINE CORPORATION, OFFICIAL                     :
COMMITTEE OF EQUITY SECURITY                      :
HOLDERS,                                          :
                                                  :
                          Appellees.              :
------------------------------------------------------------x
```

```
-------------------------------------------------------------x
MANUFACTURERS AND TRADERS            :
TRUST COMPANY, AS SUCCESSOR          :
INDENTURE TRUSTEE,                   :
                                     :
                Appellant,           :
                                     :
vs.                                  :   Civil Case No. 07-7867
                                     :
CALPINE CORPORATION AND ITS          :
AFFILIATED DEBTORS AND DEBTORS       :
IN POSSESSION, OFFICIAL COMMITTEE    :
OF UNSECURED CREDITORS OF            :
CALPINE CORPORATION, OFFICIAL        :
COMMITTEE OF EQUITY SECURITY         :
HOLDERS,                             :
                                     :
                Appellees.           :
-------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )

      DAGMARA KRASA-BERSTELL

      1.    Deponent is not a party to this action, is over 18 years of age and is an employee of Akin Gump Strauss Hauer & Feld LLP, 590 Madison Avenue, New York, New York 10022.

      2.    On September 24, 2007, I caused true and correct copies of the Brief of Appellee Official Committee of Unsecured Creditors of Calpine Corporation, et al. to be served via first class mail, postage prepaid on the parties listed on the annexed Service List A.

                                                       /s/ Dagmara Krasa-Berstell
                                                        DAGMARA KRASA-BERSTELL

Sworn to before me this 24TH day of September 2007

/s/ Nancy C. Kunen
Nancy C. Kunen
Notary Public, State of New York
No. 43-4945938
Qualified in Richmond County
Commission Expires January 21, 2011

EAST 7855479

**Service List A**

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Paul Kenan Schwartzberg

Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
Attn: Edward O. Sassower, Esq.

Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn: Gary Kaplan, Esq.

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Attn: Kristopher M. Hansen, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.

Young Conaway Stargatt & Taylor LLP
The Brandywine Building
100 West Street 17th Floor
3 K&E 11928829.13
Wilmington, Delaware 19801
Attn: Ian S. Fridericks, Esq.

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: David E. Retter, Esq.