UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CALPINE CORPORATION, et al.,<br><br>          Debtors. | Chapter 11<br><br>Case No. 05-60200 (BRL) |
| ARISTEIA CAPITAL, L.L.C., AURELIUS CAPITAL MANAGEMENT, L.P., DRAWBRIDGE SPECIAL OPPORTUNITIES ADVISORS LLC, ORE HILL HUB FUND LTD., NISSWA MASTER FUND LTD., PINES EDGE VALUE INVESTORS LTD., PINES EDGE VALUE INVESTORS L.P., SILVER SANDS FUND LLC, STARK MASTER FUND LTD., 3V CAPITAL MANAGEMENT, LLC, BRENCOURT CREDIT OPPORTUNITIES MASTER, LTD., BRENCOURT MULTI-STRATEGY ENHANCED DEDICATED FUND, LP, DILLON READ U.S. FINANCE L.P., DILLON READ FINANCIAL PRODUCTS TRADING LTD., LINDEN CAPITAL L.P. AND ORE HILL HUB FUND, LTD., HSBC BANK USA, N.A., AS INDENTURE TRUSTEE FOR THE 6% CONVERTIBLE NOTES DUE 2014 AND THE 4.75% CONTINGENT CONVERTIBLE NOTES DUE 2023, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE FOR THE 7.75% CONVERTIBLE NOTES,<br><br>          Appellants,<br><br>    -against-<br><br>CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS,<br><br>          Appellees. | Civil Case No. 07-CV-7830 (JGK)<br>(Consolidated with Civil Case Nos.<br>07-CV-7831, 07-CV-7832 and<br>07-CV-7867) |

**SUPPLEMENTAL APPENDIX TO APPELLANT, MANUFACTURERS AND TRADERS TRUST COMPANY'S (I) REPLY BRIEF AND (II) JOINDER TO REPLY BRIEF OF APPELLANTS, HOLDERS OF THE 7.75% CONVERTIBLE NOTES**

| Exhibit | Description |
|---|---|
| 1 | Debtors' Motion for Entry of an Order Allowing Limited Objection to Claims and Determining Value of Claims, with exhibits |
| 2 | U.S. Bank Claim No. 2533, without exhibits |
| 3-A | HSBC Bank, USA Claim No. 2820, without exhibits |
| 3-B | HSBC Bank, USA Claim No. 2821, without exhibits |
| 3-C | HSBC Bank, USA Claim No. 2822, without exhibits |
| 3-D | HSBC Bank, USA Claim No. 2824, without exhibits |
| 3-E | HSBC Bank, USA Claim No. 2825, without exhibits |
| 4-A | Goldman Sachs Credit Partners, L.P. Claim No. 3732, without exhibits |
| 4-B | Goldman Sachs Credit Partners, L.P. Claim No. 3733, without exhibits |
| 5-A | Wilmington Trust Company Claim No. 4055, without exhibits |
| 5-B | Wilmington Trust Company Claim No. 4056, without exhibits |
| 5-C | Wilmington Trust Company Claim No. 4057, without exhibits |
| 5-D | Wilmington Trust Company Claim No. 4058, without exhibits |
| 5-E | Wilmington Trust Company Claim No. 4059, without exhibits |
| 5-F | Wilmington Trust Company Claim No. 4060, without exhibits |
| 5-G | Wilmington Trust Company Claim No. 4061, without exhibits |
| 5-H | Wilmington Trust Company Claim No. 4062, without exhibits |
| 6 | In re Adelphia Communs. Corp., 2007 Bankr. LEXIS 660 (Bankr. S.D.N.Y. Feb. 20, 2007) |

DB02:6267445.1                                                                                                         065102.1003

Dated: Wilmington, Delaware
October 1, 2007

                    Respectfully submitted,

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    By: /s/ *Ian S. Fredericks*
                         Pauline K. Morgan (PM-3361)
                         Ian S. Fredericks (IF-3355)

                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware 19801
                    Tel: (302) 571-6600
                    Fax: (302) 571-1253

                    *Attorneys for Manufactures & Traders Trust Company,*
                    *as Successor Indenture Trustee for the 7.75%*
                    *Contingent Convertible Notes Due 2015 issued by*
                    *Calpine Corporation*

DB02:6267445.1                                                                                                              065102.1003