**ORIGINAL**

Edward O. Sassower (ES 5823)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

In re:                                                 :
                                                       : Chapter 11
CALPINE CORPORATION, et al.,                           : Case No. 05-60200 (BRL)

                                  Debtors.             :
-----------------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                              :
AURELIUS CAPITAL MANAGEMENT, L.P.,                     :
DRAWBRIDGE SPECIAL OPPORTUNITIES                       :
ADVISORS LLC, ORE HILL HUB FUND LTD.,                  :
NISSWA MASTER FUND LTD., PINES EDGE                    :
VALUE INVESTORS LTD., PINES EDGE                       :
VALUE INVESTORS L.P., SILVER SANDS                     : Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.,                      : Jointly Administered
3V CAPITAL MANAGEMENT, LLC,                            :
BRENCOURT CREDIT OPPORTUNITIES                         :
MASTER, LTD., BRENCOURT MULTI-                         :
STRATEGY ENHANCED DEDICATED                            :
FUND, LP, DILLON READ U.S. FINANCE                     :
L.P., DILLON READ FINANCIAL PRODUCTS                   : **MOTION TO ADMIT**
TRADING LTD., LINDEN CAPITAL L.P.                      : **COUNSEL PRO HAC VICE**
AND ORE HILL HUB FUND, LTD, HSBC BANK                  :
USA, N.A., AS INDENTURE TRUSTEE FOR                    :
THE 6% CONVERTIBLE NOTES DUE 2014                      :
AND THE 4.75% CONTINGENT                               :
CONVERTIBLE NOTES DUE 2023, AND                        :
MANUFACTURERS & TRADERS TRUST                          :
COMPANY, AS INDENTURE TRUSTEE FOR THE                  :
7.75% CONVERTIBLE NOTES,                               :
                                                       :
                                  Appellants,          :
                                                       :
                      -against-                        :
                                                       :
CALPINE CORPORATION AND ITS                            :
AFFILIATED DEBTORS AND DEBTORS                         :
IN POSSESSION, OFFICIAL COMMITTEE                      :
OF UNSECURED CREDITORS OF                              :

```
CALPINE CORPORATION, OFFICIAL           :
COMMITTEE OF EQUITY SECURITY            :
HOLDERS,                                :
                                        :
                    Appellees.          :
-------------------------------------------------------------------x
```

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, I, Edward O. Sassower, a member in

good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac

vice of:

> Jeffrey S. Powell
> Kirkland & Ellis LLP
> 655 Fifteenth Street, NW
> Washington, D.C. 20005
> Tel.: (202) 879-5000
> Fax: (202) 879-5200

Jeffrey S. Powell is a member in good standing of the Bar of the State of Illinois

and the Bar of the District of Columbia. There are no pending disciplinary proceedings against

Jeffrey S. Powell in any State or Federal court.

Dated: September 27, 2007
New York, New York

_Edward O. Sassower (ES 5823)_

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Attorneys for the Debtors

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re:                                                     :

                                                           : Chapter 11
CALPINE CORPORATION, et al.,                               : Case No. 05-60200 (BRL)

                                                           :
                        Debtors.                           :

-----------------------------------------------------------------x

ARISTEIA CAPITAL, L.L.C.,                                  :
AURELIUS CAPITAL MANAGEMENT, L.P.,                         :
DRAWBRIDGE SPECIAL OPPORTUNITIES                           :
ADVISORS LLC, ORE HILL HUB FUND LTD.,                      :
NISSWA MASTER FUND LTD., PINES EDGE                        :
VALUE INVESTORS LTD., PINES EDGE                           :
VALUE INVESTORS L.P., SILVER SANDS                         : Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.,                          : Jointly Administered
3V CAPITAL MANAGEMENT, LLC,                                :
BRENCOURT CREDIT OPPORTUNITIES                             :
MASTER, LTD., BRENCOURT MULTI-                             :
STRATEGY ENHANCED DEDICATED                                :
FUND, LP, DILLON READ U.S. FINANCE                         :
L.P., DILLON READ FINANCIAL PRODUCTS                       : **AFFIDAVIT OF EDWARD O. SASSOWER**
TRADING LTD., LINDEN CAPITAL L.P.                          : **IN SUPPORT OF MOTION TO ADMIT**
AND ORE HILL HUB FUND, LTD, HSBC BANK                      : **COUNSEL PRO HAC VICE**
USA, N.A., AS INDENTURE TRUSTEE FOR                        :
THE 6% CONVERTIBLE NOTES DUE 2014                          :
AND THE 4.75% CONTINGENT                                   :
CONVERTIBLE NOTES DUE 2023, AND                            :
MANUFACTURERS & TRADERS TRUST                              :
COMPANY, AS INDENTURE TRUSTEE FOR THE                      :
7.75% CONVERTIBLE NOTES,                                   :

                                                           :
                        Appellants,                        :

                                                           :
                        -against-                          :

                                                           :
CALPINE CORPORATION AND ITS                                :
AFFILIATED DEBTORS AND DEBTORS                             :
IN POSSESSION, OFFICIAL COMMITTEE                          :
OF UNSECURED CREDITORS OF                                  :
CALPINE CORPORATION, OFFICIAL                              :
COMMITTEE OF EQUITY SECURITY                               :
HOLDERS,                                                   :

                                                           :
                        Appellees.                         :

-----------------------------------------------------------------x

STATE OF NEW YORK    )
                              )    ss.:
COUNTY OF NEW YORK  )

Edward O. Sassower, being duly sworn, hereby deposes and says as follows:

1. I am a partner at the law firm of Kirkland & Ellis, counsel for Calpine Corporation in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Calpine Corporation's motion to admit Jeffrey S. Powell as counsel *pro hac vice* to represent Calpine Corporation in this matter.

2. I am a member in good standing of the bar of New York, and was admitted to practice law in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Jeffrey S. Powell is an attorney at Kirkland & Ellis, LLP, 655 Fifteenth Street, NW, Washington, D.C. 20005.

4. I have found Jeffrey S. Powell to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with Federal procedural rules.

5. Accordingly, I am pleased to move the admission of Jeffrey S. Powell, *pro hac vice*.

6. I respectfully submit a proposed order gaining the admission of Jeffrey S. Powell, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jeffrey S. Powell, *pro hac vice*, to represent Calpine Corporation in the above captioned matter, be granted.

2

Dated:  September 27, 2007
        New York, New York

Respectfully submitted,

Edward O. Sassower (ES 5823)

Sworn to before me

the 27 day of September, 2007

NOTARY PUBLIC

JOSEPH J. CALI
Notary Public, State of New York
No. 01CA5015323
Qualified in New York County
Commission Expires July 19, 2009

3

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Jeffrey Slater Powell

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Jeffrey Slater Powell was duly admitted to practice in said Court on (12/18/1986) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (09/11/2007 )

Michael W. Dobbins, Clerk,

By: Liri Isufi
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

In re:                                               :
                                                     : Chapter 11
CALPINE CORPORATION, et al.,                         : Case No. 05-60200 (BRL)
                                                     :
                     Debtors.                        :
---------------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                            :
AURELIUS CAPITAL MANAGEMENT, L.P.,                   :
DRAWBRIDGE SPECIAL OPPORTUNITIES                     :
ADVISORS LLC, ORE HILL HUB FUND LTD.,                :
NISSWA MASTER FUND LTD., PINES EDGE                  :
VALUE INVESTORS LTD., PINES EDGE                     :
VALUE INVESTORS L.P., SILVER SANDS                   : Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.,                    : Jointly Administered
3V CAPITAL MANAGEMENT, LLC,                          :
BRENCOURT CREDIT OPPORTUNITIES                       :
MASTER, LTD., BRENCOURT MULTI-                       :
STRATEGY ENHANCED DEDICATED                          :
FUND, LP, DILLON READ U.S. FINANCE                   :
L.P., DILLON READ FINANCIAL PRODUCTS                 : **ORDER FOR ADMISSION PRO**
TRADING LTD., LINDEN CAPITAL L.P.                    : **HAC VICE ON WRITTEN MOTION**
AND ORE HILL HUB FUND, LTD, HSBC BANK                :
USA, N.A., AS INDENTURE TRUSTEE FOR                  :
THE 6% CONVERTIBLE NOTES DUE 2014                    :
AND THE 4.75% CONTINGENT                             :
CONVERTIBLE NOTES DUE 2023, AND                      :
MANUFACTURERS & TRADERS TRUST                        :
COMPANY, AS INDENTURE TRUSTEE FOR THE                :
7.75% CONVERTIBLE NOTES,                             :
                                                     :
                     Appellants,                     :
                                                     :
        -against-                                    :
                                                     :
CALPINE CORPORATION AND ITS                          :
AFFILIATED DEBTORS AND DEBTORS                       :
IN POSSESSION, OFFICIAL COMMITTEE                    :
OF UNSECURED CREDITORS OF                            :
CALPINE CORPORATION, OFFICIAL                        :
COMMITTEE OF EQUITY SECURITY                         :
HOLDERS,                                             :
                                                     :
                     Appellees.                      :
---------------------------------------------------------------------x

        Upon the motion of Edward O. Sassower, attorney for Calpine Corporation and

said sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

> Jeffrey S. Powell
> Kirkland & Ellis LLP
> 655 Fifteenth Street, NW
> Washington, D.C. 20005
> Tel.: (202) 879-5000
> Fax: (202) 879-5200
> jpowell@kirkland.com

is admitted to practice *pro hac vice* as counsel for Calpine Corporation in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: September ___, 2007
       New York, New York

_____
United States District Judge