ORIGINAL

Edward O. Sassower (ES 5823)

**KIRKLAND & ELLIS LLP**
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                              :
                                                    : Chapter 11
CALPINE CORPORATION, et al.,                        : Case No. 05-60200 (BRL)
                                                    :
          Debtors.                                  :
---------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                           :
AURELIUS CAPITAL MANAGEMENT, L.P.,                  :
DRAWBRIDGE SPECIAL OPPORTUNITIES                    :
ADVISORS LLC, ORE HILL HUB FUND LTD.,               :
NISSWA MASTER FUND LTD., PINES EDGE                 :
VALUE INVESTORS LTD., PINES EDGE                    :
VALUE INVESTORS L.P., SILVER SANDS                  : Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.,                   : Jointly Administered
3V CAPITAL MANAGEMENT, LLC,                         :
BRENCOURT CREDIT OPPORTUNITIES                      :
MASTER, LTD., BRENCOURT MULTI-                      :
STRATEGY ENHANCED DEDICATED                         :
FUND, LP, DILLON READ U.S. FINANCE                  :
L.P., DILLON READ FINANCIAL PRODUCTS                : **MOTION TO ADMIT**
TRADING LTD., LINDEN CAPITAL L.P.                   : **COUNSEL PRO HAC VICE**
AND ORE HILL HUB FUND, LTD, HSBC BANK               :
USA, N.A., AS INDENTURE TRUSTEE FOR                 :
THE 6% CONVERTIBLE NOTES DUE 2014                   :
AND THE 4.75% CONTINGENT                            :
CONVERTIBLE NOTES DUE 2023, AND                     :
MANUFACTURERS & TRADERS TRUST                       :
COMPANY, AS INDENTURE TRUSTEE FOR THE               :
7.75% CONVERTIBLE NOTES,                            :
                                                    :
          Appellants,                               :
                                                    :
          -against-                                 :
                                                    :
CALPINE CORPORATION AND ITS                         :
AFFILIATED DEBTORS AND DEBTORS                      :
IN POSSESSION, OFFICIAL COMMITTEE                   :
OF UNSECURED CREDITORS OF                           :

CALPINE CORPORATION, OFFICIAL                :
COMMITTEE OF EQUITY SECURITY                 :
HOLDERS,                                     :
                                             :
                Appellees.        :
-----------------------------------------------------------x

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Edward O. Sassower, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

                Marc Kieselstein
                Kirkland & Ellis LLP
                200 East Randolph Drive
                Chicago, Illinois 60601
                Tel: (312) 861-2000
                Fax: (312) 861-2200

       Marc Kieselstein is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Marc Kieselstein in any State or Federal court.

Dated: September 27, 2007
       New York, New York

                                              /s/ Edward Sassower
                                              Edward O. Sassower (ES 5823)

                                              KIRKLAND & ELLIS LLP
                                              Citigroup Center
                                              153 East 53rd Street
                                              New York, New York  10022-4611
                                              Telephone:  (212) 446-4800
                                              Facsimile:   (212) 446-4900

                                              Attorneys for the Debtors

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                            :
                                                  : Chapter 11
CALPINE CORPORATION, et al.,                      : Case No. 05-60200 (BRL)
                                                  :
                    Debtors.                      :
------------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                         :
AURELIUS CAPITAL MANAGEMENT, L.P.,                :
DRAWBRIDGE SPECIAL OPPORTUNITIES                  :
ADVISORS LLC, ORE HILL HUB FUND LTD.,             :
NISSWA MASTER FUND LTD., PINES EDGE               :
VALUE INVESTORS LTD., PINES EDGE                  :
VALUE INVESTORS L.P., SILVER SANDS                : Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.,                 : Jointly Administered
3V CAPITAL MANAGEMENT, LLC,                       :
BRENCOURT CREDIT OPPORTUNITIES                    :
MASTER, LTD., BRENCOURT MULTI-                    :
STRATEGY ENHANCED DEDICATED                       :
FUND, LP, DILLON READ U.S. FINANCE                :
L.P., DILLON READ FINANCIAL PRODUCTS              : **AFFIDAVIT OF EDWARD O. SASSOWER**
TRADING LTD., LINDEN CAPITAL L.P.                 : **IN SUPPORT OF MOTION TO ADMIT**
AND ORE HILL HUB FUND, LTD, HSBC BANK             : **COUNSEL PRO HAC VICE**
USA, N.A., AS INDENTURE TRUSTEE FOR               :
THE 6% CONVERTIBLE NOTES DUE 2014                 :
AND THE 4.75% CONTINGENT                          :
CONVERTIBLE NOTES DUE 2023, AND                   :
MANUFACTURERS & TRADERS TRUST                     :
COMPANY, AS INDENTURE TRUSTEE FOR THE             :
7.75% CONVERTIBLE NOTES,                          :
                                                  :
                    Appellants,                   :
                                                  :
            -against-                             :
                                                  :
CALPINE CORPORATION AND ITS                       :
AFFILIATED DEBTORS AND DEBTORS                    :
IN POSSESSION, OFFICIAL COMMITTEE                 :
OF UNSECURED CREDITORS OF                         :
CALPINE CORPORATION, OFFICIAL                     :
COMMITTEE OF EQUITY SECURITY                      :
HOLDERS,                                          :
                                                  :
                    Appellees.                    :
------------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Edward O. Sassower, being duly sworn, hereby deposes and says as follows:

1. I am a partner at the law firm of Kirkland & Ellis LLP, counsel for Calpine Corporation in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Calpine Corporation's motion to admit Marc Kieselstein as counsel *pro hac vice* to represent Calpine Corporation in this matter.

2. I am a member in good standing of the bar of New York, and was admitted to practice law in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Marc Kieselstein is an attorney at Kirkland & Ellis, LLP, 200 East Randolph Drive, Chicago, Illinois 60601.

4. I have found Marc Kieselstein to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with Federal procedural rules.

5. Accordingly, I am pleased to move the admission of Marc Kieselstein, *pro hac vice*.

6. I respectfully submit a proposed order gaining the admission of Marc Kieselstein, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Marc Kieselstein, *pro hac vice*, to represent Calpine Corporation in the above captioned matter, be granted.

Dated: September 27, 2007
      New York, New York

Respectfully submitted,

_____
Edward O. Sassower (ES 5823)

Sworn to before me

the 27 day of September, 2007

_____
NOTARY PUBLIC

JOSEPH J. CALI
Notary Public, State of New York
No. 01CA5015323
Qualified in New York County
Commission Expires July 19, 20__

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Marc Kieselstein

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Marc Kieselstein was duly admitted to practice in said Court on (02/12/1991) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (09/11/2007 )

                        Michael W. Dobbins, Clerk,

                        By: Liri Isufi
                        Deputy Clerk

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                              :
                                                    : Chapter 11
CALPINE CORPORATION, et al.,                        : Case No. 05-60200 (BRL)
                                                    :
                    Debtors.                        :
-------------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                           :
AURELIUS CAPITAL MANAGEMENT, L.P.,                  :
DRAWBRIDGE SPECIAL OPPORTUNITIES                    :
ADVISORS LLC, ORE HILL HUB FUND LTD.,               :
NISSWA MASTER FUND LTD., PINES EDGE                 :
VALUE INVESTORS LTD., PINES EDGE                    :
VALUE INVESTORS L.P., SILVER SANDS                  : Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.,                   : Jointly Administered
3V CAPITAL MANAGEMENT, LLC,                         :
BRENCOURT CREDIT OPPORTUNITIES                      :
MASTER, LTD., BRENCOURT MULTI-                      :
STRATEGY ENHANCED DEDICATED                         :
FUND, LP, DILLON READ U.S. FINANCE                  :
L.P., DILLON READ FINANCIAL PRODUCTS                :   ORDER FOR ADMISSION PRO
TRADING LTD., LINDEN CAPITAL L.P.                   :   HAC VICE ON WRITTEN MOTION
AND ORE HILL HUB FUND, LTD, HSBC BANK               :
USA, N.A., AS INDENTURE TRUSTEE FOR                 :
THE 6% CONVERTIBLE NOTES DUE 2014                   :
AND THE 4.75% CONTINGENT                            :
CONVERTIBLE NOTES DUE 2023, AND                     :
MANUFACTURERS & TRADERS TRUST                       :
COMPANY, AS INDENTURE TRUSTEE FOR THE               :
7.75% CONVERTIBLE NOTES,                            :
                                                    :
                    Appellants,                     :
                                                    :
            -against-                               :
                                                    :
CALPINE CORPORATION AND ITS                         :
AFFILIATED DEBTORS AND DEBTORS                      :
IN POSSESSION, OFFICIAL COMMITTEE                   :
OF UNSECURED CREDITORS OF                           :
CALPINE CORPORATION, OFFICIAL                       :
COMMITTEE OF EQUITY SECURITY                        :
HOLDERS,                                            :
                                                    :
                    Appellees.                      :
-------------------------------------------------------------------x
```

        Upon the motion of Edward O. Sassower, attorney for Calpine Corporation and said sponsor attorney's affidavit of support;

2

**IT IS HEREBY ORDERED** that

>Marc Kieselstein
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, Illinois 60601
>Tel.: (312) 861-2000
>Fax: (312) 861-2200
>mkieselstein@kirkland.com

is admitted to practice *pro hac vice* as counsel for Calpine Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: September ___, 2007
New York, New York

_____
United States District Judge

3