UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :
                                                               :  Chapter 11
CALPINE CORPORATION, et al.,                                   :  Case No. 05-60200 (BRL)
                                                               :
                 Debtors.                                      :
---------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                                      :
AURELIUS CAPITAL MANAGEMENT, LP,                               :
DRAWBRIDGE SPECIAL OPPORTUNITIES                               :
ADVISORS LLC, ORE HILL HUB FUND                                :
LTD., NISSWA MASTER FUND LTD., PINES                           :
EDGE VALUE INVESTORS LTD., PINES                               :
EDGE VALUE INVESTORS L.P., SILVER                              :  Civil Case No. 07-07830 (JGK)
SANDS FUND LLC, STARK MASTER FUND                              :
LTD., 3V CAPITAL MANAGEMENT, LLC,                              :
BRENCOURT CREDIT OPPORTUNITIES                                 :
MASTER, LTD., BRENCOURT MULTI-                                 :
STRATEGY ENHANCED DEDICATED                                    :
FUND, LP, DILLON READ U.S. FINANCE                             :
L.P., DILLON READ FINANCIAL PRODUCTS                           :
TRADING LTD., LINDEN CAPITAL L.P. AND                          :
ORE HILL HUB FUND, LTD., HSBC BANK                             :
USA, N.A., AS INDENTURE TRUSTEE FOR                            :
THE 6% CONVERTIBLE NOTES DUE 2014                              :
AND THE 4.75% CONTINGENT                                       :
CONVERTIBLE NOTES DUE 2023, AND                                :
MANUFACTURERS & TRADERS TRUST                                  :
COMPANY, AS INDENTURE TRUSTEE FOR                              :
THE 7.75% CONVERTIBLE NOTES,                                   :
                                                               :
                 Appellants,                                   :
                                                               :
         -against-                                             :
                                                               :
CALPINE CORPORATION AND ITS                                    :
AFFILIATED DEBTORS AND DEBTORS IN                              :
POSSESSION, OFFICIAL COMMITTEE OF                              :
UNSECURED CREDITORS OF CALPINE                                 :
CORPORATION, OFFICIAL COMMITTEE OF                             :
EQUITY SECURITY HOLDERS,                                       :
                                                               :
                 Appellees.                                    :
                                                               :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

        I hereby certify that on September 7, 2007, I caused a copy of the following document:

1. OPENING BRIEF OF APPELLANT HOLDERS OF 6% CONVERTIBLE NOTES

to be served upon the parties listed on Exhibit A attached hereto via electronic mail.

On September 11, 2007, I caused a copy of the following:

2. RECORD APPENDIX TO OPENING BRIEF OF APPELLANT HOLDERS OF 6% CONVERTIBLE NOTES

3. AUTHORITIES APPENDIX TO OPENING BRIEF OF APPELLANT HOLDERS OF 6% CONVERTIBLE NOTES

documents to be served on the parties listed on Exhibit A attached hereto via FedEx Next Business Day Delivery.

On October 1, 2007, I caused a copy of the following documents:

4. REPLY BRIEF OF APPELLANT HOLDERS OF 6% CONVERTIBLE NOTES

5. SUPPLEMENTAL RECORD APPENDIX TO REPLY BRIEF OF APPELLANT HOLDERS OF 6% CONVERTIBLE NOTES

6. SUPPLEMENTAL AUTHORITIES APPENDIX TO REPLY BRIEF OF APPELLANT HOLDERS OF 6% CONVERTIBLE NOTES

to be served on the parties listed on Exhibit A attached hereto via FedEx Next Business Day Delivery.

Dated: October 1, 2007
New York, New York

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

/s/ Catherine J. Yu
Catherine J. Yu
One Chase Manhattan Plaza
New York, New York  10005
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219

**Exhibit A**

Michael S. Stamer, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
Email:  mstamer@akingump.com

Catherine Peshkin, Esq.
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022
Email:  cpeshkin@kirkland.com

Gary Kaplan, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Email:  gary.kaplan@friedfrank.com

Isaac M. Pachulski
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Email:  IPachulski@Stutman.com

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE  19801
Attn:  Ian S. Fredericks
Email:  ifredericks@ycst.com

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
Attn:     David Retter
          Damon Suden
          Jennifer A. Christian
Email:  dretter@kelleydrye.com
        dsuden@kelleydrye.com
        jchristian@kelleydrye.com

Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY  10038
Attn:     Kris Hansen
          Erez Gilad

Email:  khansen@stroock.com
        egilad@stroock.com