UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

In re:

CALPINE CORPORATION, et al.,

                      Debtors.

Chapter 11

Case No. 05-60200 (BRL)

------------------------------------------------------------

ARISTEIA CAPITAL, L.L.C.,
AURELIUS CAPITAL MANAGEMENT, L.P.,
DRAWBRIDGE SPECIAL OPPORTUNITIES
ADVISORS LLC, ORE HILL HUB FUND LTD.,
NISSWA MASTER FUND LTD., PINES EDGE
VALUE INVESTORS LTD., PINES EDGE VALUE
INVESTORS L.P., SILVER SANDS FUND LLC,
STARK MASTER FUND LTD., 3V CAPITAL
MANAGEMENT, LLC, BRENCOURT CREDIT
OPPORTUNITIES MASTER, LTD., BRENCOURT
MULTI-STRATEGY ENHANCED DEDICATED
FUND, LP, DILLON READ U.S. FINANCE L.P.,
DILLON READ FINANCIAL PRODUCTS
TRADING LTD., LINDEN CAPITAL L.P. AND
ORE HILL HUB FUND, LTD., HSBC BANK USA,
N.A., AS INDENTURE TRUSTEE FOR THE 6%
CONVERTIBLE NOTES DUE 2014 AND THE
4.75% CONTINGENT CONVERTIBLE NOTES
DUE 2023, AND MANUFACTURERS &
TRADERS TRUST COMPANY, AS INDENTURE
TRUSTEE FOR THE 7.75% CONVERTIBLE
NOTES,

Civil Case No. 07-CV-7830 (JGK)
(Consolidated with Civil Case Nos.
07-CV-7831, 07-CV-7832 and
07-CV-7867)

                      Appellants,

      -against-

CALPINE CORPORATION AND ITS
AFFILIATED DEBTORS AND DEBTORS IN
POSSESSION, OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF CALPINE
CORPORATION, OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS

                      Appellees.
------------------------------------------------------------

AFFIDAVIT OF MAILING

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

BRIDGET GALLERIE, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed by Epiq Bankruptcy Solutions, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2. I caused to be served the following:

   a) Letter re: Appellant, Manufacturers and Traders Trust Company's (i) Reply Brief and (ii) Joinder to Reply Brief of Appellants, Hoders of the 7.75% Convertible Notes and the related Supplemental Appendix, dated October 1, 2007, (the "Letter") a sample of which is annexed hereto as Exhibit A,

   b) "Appellant, Manufacturers and Traders Trust Company's (I) Reply Brief and (II) Joinder to Reply Brief of Appellants, Holders of the 7.75% Convertible Notes," dated October 1, 2007, (the "Reply"), and

   c) "Supplemental Appendix to Appellant, Manufacturers and Traders Trust Company's (I) Reply Brief and (II) Joinder to Reply Brief of Appellants, Holders of the 7.75% Convertible Notes," dated October 1, 2007, (the "Appendix")

by causing true and correct copies of the Letter, Reply and Appendix, to be delivered by hand to the Chambers of the Honorable John G. Koeltl, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312 on October 1, 2007 and by causing true and correct copies of the Reply and Appendix, to be delivered by hand to the parties listed on the annexed Exhibit B hereto on October 2, 2007.

_____
Bridget Gallerie

Sworn to before me this
3rd day of October, 2007

_____
Notary Public

MARIAH DUBIN
Notary Public, State of New York
No. 01DU6076302
Qualified in Nassau County
Commission Expires June 24, 2010

**EXHIBIT A**

## YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6724
DIRECT FAX: 302-576-3456
ifredericks@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
    (NJ & PA ONLY)
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

October 1, 2007

**BY HAND DELIVERY**

Chambers of The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    Aristeia Capital, L.L.C., *et al.* v. Calpine Corporation, *et al.*, Case No. 07-CV-7830 (JGK)

Dear Judge Koeltl:

Enclosed please find Appellant, Manufacturers and Traders Trust Company's (i) Reply Brief and (ii) Joinder to Reply Brief of Appellants, Holders of the 7.75% Convertible Notes and the related Supplemental Appendix, which were electronically filed with the Court this morning.

I am available at Your Honor's convenience should Your Honor have any questions.

                               Respectfully Submitted,

                               Ian S. Fredericks

Enclosures

**EXHIBIT B**

Richard M. Cieri, Esq
Marc Kieselstein, Esq.
Edward O. Sassower, Esq.
Kirkland & Ellis LLP
Citigroup Center, 153 East 53rd Street
New York, NY 10022

Dennis F. Dunne, Esq
Matthew S. Barr, Esq.
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10005

Kristopher M. Hansen, Esq
Erez E. Gilad, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

David E. Retter, Esq
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Brad E. Scheler, Esq
Gary Kaplan, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Michael S. Stamer, Esq.
Lisa G. Beckerman, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022