UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          :
                                                : Chapter 11
CALPINE CORPORATION, et al.,                    : Case No. 05-60200 (BRL)
                                                :
                    Debtors.                    :
------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                       :
AURELIUS CAPITAL MANAGEMENT, L.P.,              :
DRAWBRIDGE SPECIAL OPPORTUNITIES                :
ADVISORS LLC, ORE HILL HUB FUND LTD.,           :
NISSWA MASTER FUND LTD., PINES EDGE             :
VALUE INVESTORS LTD., PINES EDGE                :
VALUE INVESTORS L.P., SILVER SANDS              : Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.,               : Jointly Administered
3V CAPITAL MANAGEMENT, LLC,                     :
BRENCOURT CREDIT OPPORTUNITIES                  :
MASTER, LTD., BRENCOURT MULTI-                  :
STRATEGY ENHANCED DEDICATED                     :
FUND, LP, DILLON READ U.S. FINANCE              :
L.P., DILLON READ FINANCIAL PRODUCTS            :            **ORDER FOR ADMISSION PRO**
TRADING LTD., LINDEN CAPITAL L.P.               :            **HAC VICE ON WRITTEN MOTION**
AND ORE HILL HUB FUND, LTD, HSBC BANK           :
USA, N.A., AS INDENTURE TRUSTEE FOR             :
THE 6% CONVERTIBLE NOTES DUE 2014               :
AND THE 4.75% CONTINGENT                        :
CONVERTIBLE NOTES DUE 2023, AND                 :
MANUFACTURERS & TRADERS TRUST                   :
COMPANY, AS INDENTURE TRUSTEE FOR THE           :
7.75% CONVERTIBLE NOTES,                        :
                                                :
                    Appellants,                 :
                                                :
         -against-                              :
                                                :
CALPINE CORPORATION AND ITS                     :
AFFILIATED DEBTORS AND DEBTORS                  :
IN POSSESSION, OFFICIAL COMMITTEE               :
OF UNSECURED CREDITORS OF                       :
CALPINE CORPORATION, OFFICIAL                   :
COMMITTEE OF EQUITY SECURITY                    :
HOLDERS,                                        :
                                                :
                    Appellees.                  :
------------------------------------------------------------x

Upon the motion of Edward O. Sassower, attorney for Calpine Corporation and

said sponsor attorney's affidavit of support;

2

**IT IS HEREBY ORDERED** that

>Jeffrey S. Powell
>Kirkland & Ellis LLP
>655 Fifteenth Street, NW
>Washington, D.C. 20005
>Tel.: (202) 879-5000
>Fax: (202) 879-5200
>jpowell@kirkland.com

is admitted to practice *pro hac vice* as counsel for Calpine Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: ~~September~~ October 10, 2007
New York, New York

_____
United States District Judge