USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2007

CHAMBERS OF
JUDGE JOHN G. KOELTL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re:                                               :    Chapter 11
                                                     :    Case No. 05-60200 (BRL)
CALPINE CORPORATION, et al.,                         :
                                                     :
                         Debtors.                    :
------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                            :
AURELIUS CAPITAL MANAGEMENT, LP,                     :
DRAWBRIDGE SPECIAL OPPORTUNITIES                     :
ADVISORS LLC, ORE HILL HUB FUND LTD.,                :
NISSWA MASTER FUND LTD., PINES EDGE                  :
VALUE INVESTORS LTD., PINES EDGE                     :
VALUE INVESTORS L.P., SILVER SANDS                   :    Case No. 1:07-cv-07830-UA
FUND LLC, STARK MASTER FUND LTD.                     :
AND 3V CAPITAL MANAGEMENT, LLC                       :    Related To Case No. M-47 (JGK)
                                                     :
                         Appellants,                 :
                                                     :
            -against-                                :
                                                     :
CALPINE CORPORATION AND ITS                          :
AFFILIATED DEBTORS AND DEBTORS                       :
IN POSSESSION, OFFICIAL COMMITTEE                    :
OF UNSECURED CREDITORS OF                            :
CALPINE CORPORATION, OFFICIAL                        :
COMMITTEE OF EQUITY SECURITY                         :
HOLDERS,                                             :
                                                     :
                         Appellees.                  :
------------------------------------------------------------x
BRENCOURT CREDIT OPPORTUNITIES                       :
MASTER, LTD., BRENCOURT MULTI-                       :
STRATEGY ENHANCED DEDICATED                          :
FUND, LP, DILLON READ U.S. FINANCE                   :
L.P., DILLON READ FINANCIAL PRODUCTS                 :
TRADING LTD., LINDEN CAPITAL L.P.                    :
AND ORE HILL HUB FUND, LTD.                          :    Case No. 1:07-cv-07831-UA
                                                     :
                         Appellants,                 :    Related To Case No. M-47 (JGK)
                                                     :
            -against-                                :
                                                     :

SSL-DOCS1 1838251v4

|  |  |
|---|---|
| CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, <br><br>          Appellees. | |
| MANUFACTURERS & TRADERS TRUST AS INDENTURE TRUSTEE FOR THE 7.75% CONVERTIBLE NOTES DUE 2015 <br><br>          Appellants, <br><br>   -against- <br><br>CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, <br><br>          Appellees. | Case No. 1:07-cv-07832-UA <br><br>Related To Case No. M-47 (JGK) |
| HSBC BANK USA, N.A., AS INDENTURE TRUSTEE FOR THE 6% CONVERTIBLE NOTES DUE 2014 AND THE 4.75% CONVERTIBLE NOTES DUE 2023 <br><br>          Appellants, <br><br>   -against- <br><br>CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, <br><br>          Appellees. | Case No. 1:07-cv-07867-UA <br><br>Related To Case No. M-47 (JGK) |

SSL-DOCS1 1838251v4

STRODCK & STRODCK

## STIPULATION AND CONSENT ORDER CONSOLIDATING APPEALS AND AMENDING ORDER REGARDING EXPEDITED APPEAL

WHEREAS, on August 14, 2007, the 6% Convertible Noteholders[1] and the 7.75% Convertible Noteholders[2] each filed a Notice of Appeal of the Order Granting Debtors' Limited Objection to Convertible Noteholder Claim Nos. 2404, 2821, 2823, 6247, 6249, 6280, 6299 and 6300 (the "Order") [Docket Nos. 5614 and 5616] (the "Noteholder Appeals");

WHEREAS, on August 15, 2007, HSBC Bank USA, N.A., in its capacity as successor Indenture Trustee for the 6% Convertible Notes due 2014 and the 4.75% Contingent Convertible Notes due 2023 ("HSBC"), also filed a Notice of Appeal of the Order [Docket No. 5637] (the "HSBC Appeal");

WHEREAS, on August 16, 2007, Manufacturers & Traders Trust Company, in its capacity as successor Indenture Trustee for the 7.75% Convertible Notes due 2015 issued by Calpine Corporation ("MT&T"), filed a Notice of Appeal of the Order [Docket No. 5643] (the "MT&T Appeal," and together with the Noteholder Appeals and the HSBC Appeal, the "Appeals");

WHEREAS, on August 16, 2007, the 6% Convertible Noteholders filed an emergency motion (the "Emergency Motion") seeking expedited consideration of their appeal from the Order;

---

[1] The 6% Convertible Noteholders include: Aristeia Capital, L.L.C., Aurelius Capital Management, LP, Drawbridge Special Opportunities Advisors LLC, Ore Hill Hub Fund Ltd., Nisswa Master Fund Ltd., Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd, and 3V Capital Management, LLC.

[2] The 7.75% Convertible Noteholders include: Brencourt Credit Opportunities Master, Ltd., Brencourt Multi-Strategy Enhanced Dedicated Fund, LP, Dillon Read U.S. Finance L.P., Dillon Read Financial Products Trading Ltd., Linden Capital L.P. and Ore Hill Hub Fund, Ltd., as the holders and/or investment advisors to certain holders of certain of the 7.75% Contingent Convertible Notes due 2015.

SSL-DOCS1 1838251v4

WHEREAS, on August 20, 2007, HSBC filed its Joinder in and Memorandum of Law in Support of Emergency Motion by the 6% Convertible Noteholders for Expedited Appeal and for Consolidation of Related Appeals;

WHEREAS, on August 21, 2007, the 7.75% Convertible Noteholders filed their Joinder of the 7.75% Convertible Noteholders in the Emergency Motion by the 6% Convertible Noteholders for Expedited Appeal;

WHEREAS, on August 22, 2007, this Court heard oral argument from the parties and granted the Emergency Motion;

WHEREAS, on August 22, 2007, this Court issued its Order, pursuant to Bankruptcy Rule 8019, granting the Emergency Motion by the 6% Convertible Noteholders for Expedited Appeal ("Expedited Appeal Order");

WHEREAS, (i) appellants the 6% Convertible Noteholders, the 7.75% Convertible Noteholders, HSBC, and MT&T (collectively, the "Appellants") and (ii) appellees Calpine Corporation and its affiliated debtors and debtors in possession, the Official Committee of Unsecured Creditors of Calpine Corporation et al., and the Official Committee of Equity Security Holders (collectively, the "Appellees") have consensually agreed to a consolidation of the Appeals, revision of the caption, and an amendment to the Expedited Appeal Order.

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, and, upon approval of the Court, shall be deemed ORDERED, as follows:

1. Each of the Appeals shall be consolidated for procedural purposes.

12/03/2007 12:46 FAX
09/25/2007 19:12 FAX   212 805 7912
08/21/2007 11:55 FAX   2128056006          STROOCK & STROOCK

Case 1:07-cv-07830-JGK   Document 31   Filed 12/05/07   Page 5 of 13

☒007/015
☒006/014
☒017/025

2. The Expedited Appeal Order is hereby entered in and applies to all of the Appeals.

3. Upon transmission of the record from the Bankruptcy Court for the Appeals, the Clerk of this Court shall maintain one file and one docket for all of the Appeals, which file and docket shall be assigned Case No. 07 CV 7830

4. The caption for the consolidated Appeals shall be as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                       :
                                                             :  Chapter 11
CALPINE CORPORATION, et al.,                                 :  Case No. 05-60200 (BRL)
                                                             :
                           Debtors.                          :
------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                                    :
AURELIUS CAPITAL MANAGEMENT, L.P.,                           :
DRAWBRIDGE SPECIAL OPPORTUNITIES                             :
ADVISORS LLC, ORE HILL HUB FUND LTD.,                        :
NISSWA MASTER FUND LTD., PINES EDGE                          :
VALUE INVESTORS LTD., PINES EDGE                             :
VALUE INVESTORS L.P., SILVER SANDS                           :  Civil Case No. 07 CV 7830 (JGK)
FUND LLC, STARK MASTER FUND LTD.,                            :
3V CAPITAL MANAGEMENT, LLC,                                  :
BRENCOURT CREDIT OPPORTUNITIES                               :
MASTER, LTD., BRENCOURT MULTI-                               :
STRATEGY ENHANCED DEDICATED                                  :
FUND, LP, DILLON READ U.S. FINANCE                           :
L.P., DILLON READ FINANCIAL PRODUCTS                         :
TRADING LTD., LINDEN CAPITAL L.P.                            :
AND ORE HILL HUB FUND, LTD, HSBC BANK                        :
USA, N.A., AS INDENTURE TRUSTEE FOR                          :
THE 6% CONVERTIBLE NOTES DUE 2014                            :
AND THE 4.75% CONTINGENT                                     :
CONVERTIBLE NOTES DUE 2023, AND                              :
MANUFACTURERS & TRADERS TRUST                                :
COMPANY, AS INDENTURE TRUSTEE FOR THE                        :
7.75% CONVERTIBLE NOTES,                                     :
                                                             :
                           Appellants,                       :
                                                             :
           -against-                                         :
                                                             :

3

SSL-DOCS1 1871251v4

CALPINE CORPORATION AND ITS  
AFFILIATED DEBTORS AND DEBTORS  
IN POSSESSION, OFFICIAL COMMITTEE  
OF UNSECURED CREDITORS OF  
CALPINE CORPORATION, OFFICIAL  
COMMITTEE OF EQUITY SECURITY  
HOLDERS,

      Appellees.

-----------------------------------x

  5.  The Expedited Appeal Order is amended solely as provided in this Paragraph 5 such that paragraph (b) of the Expedited Appeal Order shall read: "The Record on Appeal shall be deemed transmitted to this Court on August 31, 2007."

*[Remainder of Page Intentionally Left Blank]*

12/03/2007 12:46 FAX                                                                    @009/015
09/25/2007 19:13 FAX  212 806 7912                                                      @008/014
09/21/2007 11:55 FAX  2128066006          STROOCK & STROOCK                             @019/025

Case 1:07-cv-07830-JGK   Document 31   Filed 12/05/07   Page 7 of 13

Dated: New York, New York
August 24, 2007

By: /s/ Erez E. Gilad
STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen (KH-6957)
Erez E. Gilad (EG-7601)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Counsel to the 7.75% Noteholders

By: _____
MILBANK TWEED HADLEY & MCCLOY
Dennis F. Dunne (DD-7543)
Matthew S. Barr (MB-9170)
Andrew M. Leblanc (pro hac vice)
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Counsel to the 6% Noteholders

By: _____
KIRKLAND & ELLIS LLP
Richard M. Cieri (RC-6062)
Edward O. Sassower (ES-5823)
Marc Kieselstein (pro hac vice)
Stephen E. Hessler (pro hac vice)
M. Catherine Peshkin (MP 5400)
Citigroup Center
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800

Counsel for the Debtors

By: _____
AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (MS-4900)
Lisa G. Beckerman (LB-9655)
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Counsel to the Official Committee of Unsecured Creditors

So Ordered.
/s/ JGK
U.S.D.J.
9/21/07

SSL-DOCS1 1832251v4

Dated: New York, New York  
August 24, 2007

By: _____  
STROOCK & STROOCK & LAVAN LLP  
Kristopher M. Hansen (KH-6957)  
Erez E. Gilad (EG-7601)  
180 Maiden Lane  
New York, New York 10038  
Telephone: (212) 806-5400  
Facsimile: (212) 806-6006  

Counsel to the 7.75% Noteholders

By: _____  
MILBANK TWEED HADLEY & MCCLOY  
Dennis F. Dunne (DD-7543)  
Matthew S. Barr (MB-9170)  
Andrew M. Leblanc (*pro hac vice*)  
One Chase Manhattan Plaza  
New York, New York 10005  
Telephone: (212) 530-5000  
Facsimile: (212) 530-5219  

Counsel to the 6% Noteholders

By: _____  
KIRKLAND & ELLIS LLP  
Richard M. Cieri (RC-6062)  
Edward O. Sassower (ES-5823)  
Marc Kieselstein (*pro hac vice*)  
Stephen E. Hessler (*pro hac vice*)  
M. Catherine Peshkin (MP 5400)  
Citigroup Center  
153 East 53rd Street  
New York, New York 10022  
Telephone: (212) 446-4800  

Counsel for the Debtors

By: _____  
AKIN GUMP STRAUSS HAUER & FELD LLP  
Michael S. Stamer (MS-4900)  
Lisa G. Beckerman (LB-9655)  
590 Madison Avenue  
New York, New York 10022  
Telephone: (212) 872-1000  
Facsimile: (212) 872-1002  

Counsel to the Official Committee of Unsecured Creditors

SSL-DOCS1 1843514

Dated: New York, New York
August 24, 2007

By: _____
STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen (KH-6957)
Erez E. Gilad (EG-7601)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Counsel to the 7.75% Noteholders

By: _____
MILBANK TWEED HADLEY & MCCLOY
Dennis F. Dunne (DD-7543)
Matthew S. Barr (MB-9170)
Andrew M. Leblanc (pro hac vice)
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Counsel to the 6% Noteholders

By: /s/ M. Catherine Peshkin
KIRKLAND & ELLIS LLP
Richard M. Cieri (RC-6062)
Edward O. Sassower (ES-5823)
Marc Kieselstein (pro hac vice)
Stephen E. Hessler (pro hac vice)
M. Catherine Peshkin (MP 5400)
Citigroup Center
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800

Counsel for the Debtors

By: _____
AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (MS-4900)
Lisa G. Beckerman (LB-9655)
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Counsel to the Official Committee of Unsecured Creditors

SSL-DOCS1 1838251v4

Dated: New York, New York
August 24, 2007

By: _____
STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen (KH-6957)
Erez E. Gilad (EG-7601)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Counsel to the 7.75% Noteholders

By: _____
MILBANK TWEED HADLEY &
MCCLOY
Dennis F. Dunne (DD-7543)
Matthew S. Barr (MB-9170)
Andrew M. Leblanc (*pro hac vice*)
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Counsel to the 6% Noteholders

By: _____
KIRKLAND & ELLIS LLP
Richard M. Cieri (RC-6062)
Edward O. Sassower (ES-5823)
Marc Kieselstein (*pro hac vice*)
Stephen E. Hessler (*pro hac vice*)
M. Catherine Peshkin (MP 5400)
Citigroup Center
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800

Counsel for the Debtors

By: _____
AKIN GUMP STRAUSS HAUER &
FELD LLP
Michael S. Stamer (MS-4900)
Lisa G. Beckerman (LB-9655)
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Counsel to the Official Committee of
Unsecured Creditors

SSL-DOCS1 1838231v4

By: _/s/ Michael B. de Leeuw_

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSEN LLP
Brad Eric Scheler
Gary Kaplan
Michael B. de Leeuw
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Counsel to the Official Committee of
Equity Security Holders

By: _____

KELLEY DRYE & WARREN LLP
Sarah L. Reid (SR-4603)
David E. Retter (DR-4014)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Counsel to HSBC Bank USA, N.A., as
successor Indenture Trustee for the 6% and
4.75% Convertible Notes

By: _____

YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Ian S. Fredericks (IF-3355)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to Manufacturers & Traders Trust
Company, as successor Indenture Trustee
for the 7.75% Convertible Notes

By: _____
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSEN LLP
Brad Eric Scheler
Gary Kaplan
Michael B. de Leeuw
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Counsel to the Official Committee of
Equity Security Holders

By: /s/ Sarah Reid
KELLEY DRYE & WARREN LLP
Sarah L. Reid (SR-4603)
David E. Retter (DR-4014)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Counsel to HSBC Bank USA, N.A., as
successor Indenture Trustee for the 6% and
4.75% Convertible Notes

By: _____
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Ian S. Fredericks (IF-3355)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to Manufacturers & Traders Trust
Company, as successor Indenture Trustee
for the 7.75% Convertible Notes

Error! Unknown document property name.

By: _____  
FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN LLP  
Brad Eric Scheler  
Gary Kaplan  
Michael B. de Leeuw  
One New York Plaza  
New York, New York 10004  
Telephone: (212) 859-8000  
Facsimile: (212) 859-4000  

Counsel to the Official Committee of Equity Security Holders  

By: _____  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
Ian S. Fredericks (*pro hac vice*)  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  

Counsel to Manufacturers & Traders Trust Company, as successor Indenture Trustee for the 7.75% Convertible Notes  

By: _____  
KELLEY DRYE & WARREN LLP  
Sarah L. Reid (SR-4603)  
David E. Retter (DR-4014)  
101 Park Avenue  
New York, New York 10178  
Telephone: (212) 808-7800  
Facsimile: (212) 808-7897  

Counsel to HSBC Bank USA, N.A., as successor Indenture Trustee for the 6% and 4.75% Convertible Notes  

BAL-DOCS1 143025v4