UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE: CALPINE CORPORATION                    07 civ 7830 (JGK)
                 Debtors.
-------------------------------------------------------------X

## ORDER

Upon the motion dated September 10, 2007, the motion to admit Whitman L. Holt pro hac vice is hereby granted.

**SO ORDERED.**

                                                  JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       February 11, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08